152 So. 921

**Willie CRIQUE v. CITY OF HUNTSVILLE.**

8 Div. 869.

Court of Appeals of Alabama.
Jan. 18, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

159 So. 890

**Edward CRITTENDEN v. STATE.**

3 Div. 752.

Court of Appeals of Alabama.
Jan. 15, 1935.

RICE, Judge.
Reversed and remanded.

161 So. 916

**Ab CROW, Sheriff, etc., et al. v. Daisy Robinson KEELING.**

7 Div. 110.

Court of Appeals of Alabama.
May 23, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution.

156 So. 912

**George CROWLEY v. STATE.**

4 Div. 94.

Court of Appeals of Alabama.
Oct. 2, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

152 So. 921

**Jim CRUSE v. STATE.**

8 Div. 825.

Court of Appeals of Alabama.
Feb. 13, 1934.

SAMFORD, Judge.
Affirmed.

155 So. 917

**Alma CRUTCHER v. STATE.**

8 Div. 958.

Court of Appeals of Alabama.
May 22, 1934.

RICE, Judge.
Affirmed.

152 So. 921

**L. B. CULPEPPER v. Frank CULPEPPER.**

8 Div. 873.

Court of Appeals of Alabama.
Jan. 18, 1934.

Milo Moody, of Scottsboro, for appellant.
Proctor & Snodgrass, of Scottsboro, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

161 So. 916

**Robert CUNNINGHAM v. CITY OF TALLADEGA.**

7 Div. 130.

Court of Appeals of Alabama.
June 4, 1935.

SAMFORD, Judge.
Affirmed.